UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COMMUNITY BANK OF LAFOURCHE                    CIVIL ACTION

VERSUS                                         NO: 11-630

THE M/V MARY ANN VIZIER, IN                    SECTION: "A" (2)
REM, AND LORI ANN VIZIER,
INC., IN PERSONAM

<u>**ORDER**</u>

Kevin Gros Offshore, LLC has filed a **Motion for New Trial (Rec. Doc. 43)** on the Court's ruling dismissing its claim in intervention (Rec. Doc. 38).  The Court is persuaded that the motion for the most part reargues points that movant unsuccessfully made in opposition to Community Bank's motion for summary judgment, and to the extent that any new arguments are raised, those arguments are adequately disposed of by this Court's prior ruling. The motion for new trial is therefore denied.

Community Bank has filed a Motion to Confirm Sale (Rec. Doc. 45) of the M/V MARY ANN VIZIER.  That motion is granted.

Accordingly;

**IT IS ORDERED** that the **Motion for New Trial (Rec. Doc. 43) filed by Kevin Gros Offshore, LLC** is **DENIED**;

**IT IS FURTHER ORDERED** that the **Motion to Confirm Sale of the M/V MARY ANN VIZIER (Rec. Doc. 45)** filed by Community Bank of Lafourche is **GRANTED**.  The U.S. Marshal is directed to issue a bill of sale to Community Bank reflecting the sale to Community Bank of the M/V MARY ANN VIZIER, her engines, tackle, apparel, furniture,

etc., as is, where is, with no warranties, free and clear of all

liens, encumbrances, and pre-existing claims on said vessel,

whether recorded or otherwise, in accordance with law.

    August 1, 2012

                      JAY C. ZAINEY
        UNITED STATES DISTRICT JUDGE

2